UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY BUSH,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:22-323 |
| v. | : | (JUDGE MANNION) |
| **SCRANTON PRODUCTS, INC.,** *d/b/a Scranton Products*; and **AZEK COMPANY, INC.,** *d/b/a Azek* | : : : | |
| Defendants | | |

## O R D E R

Presently before the court is the parties' proposed Protective Order. (Doc. 17). A review of that protective order reveals it is the boiler plate type of protective order that the court specifically instructed the parties would be unacceptable during the June 10, 2022, Case Management Conference. It lacks specific identification of the materials likely to be confidential and instead allows any party to mark anything it wishes as confidential.

It's overly general terms undermines the public's right to know as opposed to any legitimate right of privacy in the information to be exchanged in this cases. In light of the foregoing, the request the approval of proposed protective order (Doc. 17) is **DENIED**.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

DATED: August 3, 2022
22-323-04